UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>            Plaintiff(s),<br><br>   v.<br><br>LODI IRON WORKS, INC.,<br><br>            Defendant(s).<br>_____/ | NO. CIV. S-06-0737 FCD/EFB<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

Pursuant to the representations of plaintiff's counsel in the above action the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before February 28, 2007.  All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: December 27, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE