ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA  94952
Tel:  (707) 763-7227
Fax:  (707) 763-9227
E-mail:  andrew@packardlawoffices.com
Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

MICHAEL R. LOZEAU (Cal. Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non profit corporation,<br><br>Plaintiff,<br>vs.<br><br>LODI IRON WORKS, INC.<br><br>Defendant. | Case No. 2:06-cv-00737-FCD-PAN<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

WHEREAS, on January 17, 2006, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendant Lodi Iron Works, Inc. with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

WHEREAS, on April 4, 2006 CSPA filed its Complaint against Lodi Iron Works in this court, *California Sportfishing Protection Alliance v. Lodi Iron Works, Inc.* Case No. 2:06-cv-00737-FCD-EFB.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

1

WHEREAS, CSPA and Lodi Iron Works, through their authorized representatives and without either adjudication of CSPA's claims or admission by Lodi Iron Works of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the [Proposed] Consent Agreement entered into by and between CSPA and Lodi Iron Works is attached hereto as Exhibit A and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with paragraph 33 of the Consent Agreement, the parties also request that this Court retain and have jurisdiction over the Parties with respect to disputes arising under the agreement.

Dated:  February 28, 2007            LAW OFFICES OF ANDREW L. PACKARD

                                                          By:  /s/ Michael Lynes
                                                          Michael Lynes
                                                          Attorney for Plaintiff

Dated:  February 28, 2007_           STANZLER FUNDERBURK & CASTELLON LLP

                                                          By: /s/ William Funderburk
                                                          William W. Funderburk
                                                          Attorney for Defendant
                                                          [Signed with consent of counsel]

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Lodi Iron Works, Inc. as set forth in the Notice and Complaint filed in Case No. 2:06-cv-00737-FCD - EFB, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the agreement attached to the parties' Stipulation to Dismiss as Exhibit A.

IT IS SO ORDERED

DATED: March 1, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE